## EXHIBIT A

| | Photograph | Date of Registration | Registration Number |
|---|---|---|---|
| 1 |  | January 11, 2011 | VA 1-756-486 |
| 2 |  | January 11, 2011 | VA 1-756-486 |
| 3 |  | January 11, 2011 | VA 1-756-486 |
| 4 |  | January 11, 2011 | VA 1-756-486 |

| 5 |  | | January 11, 2011 | VA 1-756-486 |
|---|---|---|---|---|
| 6 |  | | January 11, 2011 | VA 1-756-486 |
| 7 |  | | January 11, 2011 | VA 1-756-486 |
| 8 |  | | January 11, 2011 | VA 1-756-486 |

| 9 |  | | January 11, 2011 | VA 1-756-486 |
|---|---|---|---|---|
| 10. |  | | January 11, 2011 | VA 1-756-486 |
| 11. |  | | January 11, 2011 | VA 1-756-486 |
| 12. |  | | January 11, 2011 | VA 1-756-486 |

| | | | |
|---|---|---|---|
| 13. |  | January 11, 2011 | VA 1-756-486 |
| 14. |  | April 12, 2012 | VA 1-824-931 |
| 15. |  | April 12, 2012 | VA 1-824-931 |
| 16. |  | April 12, 2012 | VA 1-824-931 |

| 17. |  | April 12, 2012 | VA 1-824-931 |
| --- | --- | --- | --- |
| 18. |  | April 12, 2012 | VA 1-824-931 |
| 19. |  | April 12, 2012 | VA 1-824-931 |
| 20. |  | April 12, 2012 | VA 1-824-931 |
| 21. |  | April 12, 2012 | VA 1-824-931 |

| | | | |
|---|---|---|---|
| 22. |  | April 12, 2012 | VA 1-824-931 |
| 23. |  | April 12, 2012 | VA 1-824-931 |
| 24. |  | April 12, 2012 | VA 1-824-931 |
| 25. |  | September 16, 2013 | VA 1-882-735 |

| 26. |  | September 16, 2013 | VA 1-882-735 |
|---|---|---|---|
| 27. |  | September 16, 2013 | VA 1-882-735 |
| 28. |  | September 16, 2013 | VA 1-882-735 |
| 29. |  | September 16, 2013 | VA 1-882-735 |

| | | | | |
|---|---|---|---|---|
| 30. |  | | January 3, 2018 | VA 2-084-316 |
| 31. |  | | September 16, 2013 | VA 1-882-735 |
| 32. |  | | September 16, 2013 | VA 1-882-735 |
| 33. |  | | October 29, 2009 | VA 1-699-819 |
| 34. |  | | October 29, 2009 | VA 1-699-819 |

| 35. |  | | January 5, 2015 | VA 1-943-909 |
|---|---|---|---|---|
| 36. |  | | January 5, 2015 | VA 1-943-909 |
| 37. |  | | January 18, 2017 | VA 2-036-648 |