## EXHIBIT B



































33.

34.



37.